UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLIN S.K. CORREA,

                            Plaintiff,

                -against-

ROBIN CARNAHAN, ET AL.,

                            Defendants.

24-CV-3120 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated April 24, 2024, the Court denied Plaintiff's request to proceed *in forma pauperis* and directed him, if he wished to proceed with this action, to pay the $405.00 in filing fees within thirty days. That order specified that failure to comply would result in dismissal without prejudice of the complaint. Plaintiff has not paid the filing fees or otherwise responded. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:    May 28, 2024
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge